IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| SAMANTHA M. HADDOCK, Individually And On Behalf Of All Others Similarly Situated, | : : : : | Civil Action File No. 5:18-cv-00292-MTT |
| Plaintiff, | : : | |
| vs. | : : | |
| JASPER COUNTY, GEORGIA, | : : | |
| Defendant. | : : | |

## **ORDER**

This matter is before the Court on the Parties Joint Motion to Approve FLSA Settlement (the "Joint Motion"). The Court has reviewed the Parties' written Settlement Agreement filed with the Motion to determine its adequacy and consistency with the requirements of the Fair Labor Standards Act (the "FLSA"). See, *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on its review of the Settlement Agreement and the record in this case, the Court concludes: (1) the terms of the Settlement Agreement were reached in an adversarial context with the assistance of legal counsel; (2) the terms of the Settlement Agreement are fair and reasonable and represent an adequate resolution

of this action; and (3) the attorneys' fees including the rates charged by counsel and the additional contractual requirement of twenty-five percent of liquidated damages, are reasonable.

It is hereby **ORDERED** that the Settlement Agreement is **APPROVED** and incorporated herein. The payment of the consideration referenced in the Settlement Agreement shall be made as provided in the Settlement Agreement. The Court reserves jurisdiction to enforce the Settlement Agreement if necessary.

**SO ORDERED**, this 13th day of June, 2019.

S/Marc T. Treadwell

MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT