IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SAMANTHA M. HADDOCK, Individually and on Behalf of all others Similarly Situated, | * |
| | * |
| Plaintiff, | Case No.  5:18-cv-00292-MTT |
| v. | * |
| JASPER COUNTY GEORGIA, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 13, 2019, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 14th day of June, 2019.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk